UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
NOV 21 2006
CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 06-40044 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| GAIL BURSHIEM, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

A hearing on the Third Report of Apparent Bond Violation (Doc. 29) was held on Tuesday, November 21, 2006. Defendant Gail Burshiem appeared in person and by her counsel, Assistant Federal Public Defender Bill Delaney. The government appeared by its Assistant United States Attorney Kevin Koliner. After considering the testimony and evidence presented at the hearing, Defendant is found to have violated the terms of the conditions of her release. Accordingly, it is hereby

ORDERED the Order Setting Conditions of Release is revoked and Defendant is remanded to the custody of the U.S. Marshal's Service pending further proceedings.

Dated this 21 day of November, 2006.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk
By Shelly Margulies, Deputy
(SEAL)