UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
NOV 28 2006
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 06-40044 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| GAIL BURSHIEM, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The pretrial services officer has reported that Defendant Gail Burshiem has attempted to participate in the chemical dependency treatment program offered at the Minnehaha County Jail. However, the jail's policy requires an order from the court before authorizing inmates to attend the in-house treatment program. Consequently, the pretrial services officer recommends the court enter such an order.

Accordingly, it is hereby

ORDERED that Defendant Gail Burshiem shall participate in any in-house chemical dependency treatment available at the Minnehaha County Jail.

Dated this 28th day of November, 2006.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By_Shelly Margulies_____, Deputy

(SEAL)